**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATHAN WHITE,<br>    Plaintiff(s),<br>v.<br>TK ELEVATOR CORPORATION,<br>    Defendant(s). | Case No. 2:21-cv-01696-JAD-NJK<br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than November 22, 2021, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: November 15, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1