# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATHAN WHITE,<br>    Plaintiff(s),<br>v.<br>TK ELEVATOR CORPORATION,<br>    Defendant(s). | Case No. 2:21-cv-01696-JAD-NJK<br><br>**Order**<br><br>[Docket Nos. 9, 10] |

Pending before the Court is the parties' proposed discovery plan. Docket No. 10.

The discovery plan suffers from a number of deficiencies. First, the discovery plan seeks an extended discovery period because "Plaintiff's worker's compensation claim is still open as he continues to treat for his injuries." *Id.* at 3. The Court requires further elaboration as to how the pendency of the worker's compensation process is expected to delay discovery in this case. Second, the discovery plan also provides a date by which Plaintiff "anticipate[s]" providing initial disclosures. *See* Docket No. 10 at 2. A discovery plan must provide proposed deadlines rather than aspirational timelines. Third, the discovery plan also fails to provide the certifications required by the local rules. *See* Local Rule 26-1(b)(7), 26-1(b)(8), and 26-1(b)(9). Fourth, the discovery plan fails to provide a signature block for judicial approval as is required. *See* Local Rule 26-1(b)(10).

Accordingly, the proposed discovery plan is **DENIED** without prejudice and an amended discovery plan must be filed by December 17, 2021.

In addition, the Court issued an order to show causing out of the failure to file a discovery plan, Docket No. 9, which is hereby **DISCHARGED**. The parties and counsel are cautioned,

however, that they must strictly comply with all deadlines, orders, and local rules moving forward. **Failure to do so may result in the imposition of sanctions.**

IT IS SO ORDERED.

Dated: December 10, 2021

_____
Nancy J. Koppe
United States Magistrate Judge