REBECCA L. MASTRANGELO, ESQ.
Nevada Bar No. 5417
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 S. Third Street
Las Vegas, Nevada 89101
Phone (702) 383-3400
Fax (702) 384-1460
rmastrangelo@rmcmlaw.com
Attorneys for Defendant
TK ELEVATOR CORPORATION f/k/a
THYSSENKRUPP ELEVATOR CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATHAN WHITE,<br><br>    Plaintiff,<br><br>vs.<br><br>TK ELEVATOR CORPORATION f/k/a THYSSENKRUPP ELEVATOR CORPORATION; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>    Defendants. | CASE NO. 2:21-cv-01696-ART-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION AND REPLY** |

IT IS HEREBY STIPULATED between Plaintiff, Nathan White, and Defendant, TK Elevator Corporation f/k/a Thyssenkrupp Elevator Corporation, by and through their respective counsel of record, that the time to file an Opposition to Plaintiff's Motion to Compel [36] filed on November 3, 2023 be extended, through and including November 22, 2023, and Plaintiff will have to and including December 4, 2023 to reply to Defendant's opposition.

Dated this __ day of November, 2023.          Dated this __ day of November, 2023.

SHOOK & STONE, CHTD.                           ROGERS, MASTRANGELO, CARVALHO & MITCHELL

*/s/ John B. Shook*                            */s/ Rebecca L. Mastrangelo*
_____                _____
John B. Shook Esq.                             Rebecca L. Mastrangelo, Esq.
Nevada Bar No. 5499                            Nevada Bar No. 5417
Lynn R. Shoen, Esq.                            700 South Third Street
Nevada Bar No. 1197                            Las Vegas, Nevada 89101
710 S. Fourth Street                           *Attorneys for Defendant*
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED this <u>13th</u> day of <u>November</u>, 2023.

_____
U.S. MAGISTRATE JUDGE

SUBMITTED BY:

ROGERS, MASTRANGELO, CARVALHO
& MITCHELL

*/s/ Rebecca L. Mastrangelo*
_____
REBECCA L. MASTRANGELO, ESQ.
Nevada Bar No. 5417
700 S. Third Street
Las Vegas, Nevada 89101
*Attorney for Defendant*

2

# Carolyn Mangundayao

**Subject:** RE: TK adv. White

---

**From:** Lynn Shoen <lshoen@shookandstone.com>
**Sent:** Thursday, November 9, 2023 3:43 PM
**To:** Rebecca Mecham <rmecham@rmcmlaw.com>; Rebecca Mastrangelo <rmastrangelo@rmcmlaw.com>; Kiana A. O'Day <KO'Day@shookandstone.com>; John Shook <johnshook@shookandstone.com>
**Cc:** Kathy Vigil <kvigil@rmcmlaw.com>
**Subject:** RE: TK adv. White

You can affix John's signature.
Thanks, Lynn

**Lynn Shoen | Attorney**
**P: 702.570.0000 | C: 702-380-8981 | F: 702.485.5266 | Direct: 702-380-8981**

**Offices:**   Downtown Las Vegas, NV:  710 S. 4th Street, Las Vegas, NV 89101
Summerlin, NV:  9455 W. Russell Road, Suite 100, Las Vegas, NV 89148
Reno, NV: 338 Ryland Street, Reno, NV 89501

www.shookandstone.com  |

"A Referral is the best compliment you could ever give our law firm. If you know someone who needs our services, please don't hesitate to tell them about us."

Personal Injury | Auto Accidents | Workers' Compensation | Social Security Disability | Class Action | Accident Injury | Premises Liability | Medical Malpractice

CONFIDENTIALITY NOTE:
The information contained in this email message is legally privileged and confidential information intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this message is strictly prohibited. If you have received this email in error, please immediately notify us by telephone, fax, or email and delete the message. Thank you.

---

**From:** Rebecca Mecham <rmecham@rmcmlaw.com>
**Sent:** Thursday, November 9, 2023 1:05 PM
**To:** Rebecca Mastrangelo <rmastrangelo@rmcmlaw.com>; Lynn Shoen <lshoen@shookandstone.com>; Kiana A. O'Day <KO'Day@shookandstone.com>; John Shook <johnshook@shookandstone.com>
**Cc:** Kathy Vigil <kvigil@rmcmlaw.com>; Rebecca Mecham <rmecham@rmcmlaw.com>
**Subject:** RE: TK adv. White


Rebecca Mecham
Paralegal

---

**From:** Rebecca Mastrangelo <rmastrangelo@rmcmlaw.com>
**Sent:** Thursday, November 9, 2023 12:56 PM
**To:** Lynn Shoen <lshoen@shookandstone.com>; Rebecca Mecham <rmecham@rmcmlaw.com>; Kiana A. O'Day <KO'Day@shookandstone.com>; John Shook <johnshook@shookandstone.com>
**Cc:** Kathy Vigil <kvigil@rmcmlaw.com>
**Subject:** RE: TK adv. White

1

Sure thing.

Becki – please revise and send it back to Lynn for approval.

Thanks, everyone.

---

**From:** Lynn Shoen <lshoen@shookandstone.com>
**Sent:** Thursday, November 9, 2023 12:52 PM
**To:** Rebecca Mecham <rmecham@rmcmlaw.com>; Kiana A. O'Day <KO'Day@shookandstone.com>; John Shook <johnshook@shookandstone.com>
**Cc:** Rebecca Mastrangelo <rmastrangelo@rmcmlaw.com>; Kathy Vigil <kvigil@rmcmlaw.com>
**Subject:** RE: TK adv. White

Hello Rebecca
Please put in 10 days to file Reply.
Thanks, Lynn

**Lynn Shoen | Attorney**

**P: 702.570.0000 | C: 702-380-8981 | F: 702.485.5266 | Direct: 702-380-8981**

**Offices:**
Downtown Las Vegas, NV: 710 S. 4th Street, Las Vegas, NV 89101
Summerlin, NV: 9455 W. Russell Road, Suite 100, Las Vegas, NV 89148
Reno, NV: 338 Ryland Street, Reno, NV 89501

www.shookandstone.com |

"A Referral is the best compliment you could ever give our law firm. If you know someone who needs our services, please don't hesitate to tell them about us."

Personal Injury | Auto Accidents | Workers' Compensation | Social Security Disability | Class Action | Accident Injury | Premises Liability | Medical Malpractice

CONFIDENTIALITY NOTE:
The information contained in this email message is legally privileged and confidential information intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this message is strictly prohibited. If you have received this email in error, please immediately notify us by telephone, fax, or email and delete the message. Thank you.

---

**From:** Rebecca Mecham <rmecham@rmcmlaw.com>
**Sent:** Thursday, November 9, 2023 12:24 PM
**To:** Lynn Shoen <lshoen@shookandstone.com>; Kiana A. O'Day <KO'Day@shookandstone.com>
**Cc:** Rebecca Mecham <rmecham@rmcmlaw.com>; Rebecca Mastrangelo <rmastrangelo@rmcmlaw.com>; Kathy Vigil <kvigil@rmcmlaw.com>
**Subject:** TK adv. White

Counsel,

Attached is a draft Stipulation and Order to Extend Time to File Opposition and Reply. Please let me know what reply deadline to insert in the Stipulation.

If the stipulation meets with your approval, please provide your authorization to utilize your e-signature for submission to the Court.

Thank you,



Rebecca Mecham, Paralegal to
Stephen H. Rogers, Esq.
Rebecca L. Mastrangelo, Esq.
William C. Mitchell, Esq.
and Kerry O. Pluck, Esq.
Rogers, Mastrangelo, Carvalho & Mitchell, Ltd.
700 S. 3rd Street
Las Vegas,  Nevada 89101
(P) (702) 383-3400
(F) (702) 384-1460
E-Mail: rmecham@rmcmlaw.com

Notice of Confidentiality:
This e-mail, and any attachment herewith, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by e-mail (by replying to this message) or telephone (noted below) and permanently delete the original and any copy of any e-mail and any printout thereof. Thank you for your assistance. Telephone number: (702) 383-3400.