JOHN B. SHOOK, ESQ.
Nevada Bar No. 5499
SHOOK & STONE, CHTD.
710 South 4th Street
Las Vegas, NV  89101
Office: (702) 385-2220
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**OF NEVADA**

| | |
|---|---|
| NATHAN WHITE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TKE ELEVATOR CORPORATION fka THYSSENKRUPP ELEVATOR CORPORATION; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive<br><br>　　　　　Defendants | Case No.: 2:21-cv-01696-ART-VCF<br><br>**MOTION TO REMOVE COUNSEL**<br>**FROM ELECTRONIC SERVICE** |

　　　PLEASE TAKE NOTICE that Robert L. English, Esq. is no longer associated with the law firm of Shook & Stone, Chtd. Please remove his name from the above-entitled matter. John B. Shook, Esq. with the law firm Shook & Stone, Chtd. will continue to represent Plaintiff NATHAN WHITE, in this matter.

DATED this 27th day of December 2023.

IT IS SO ORDERED.

_____
CAM FERENBACH, US MAGISTRATE JUDGE

DATED: December 28, 2023

**SHOOK & STONE, CHTD**

/s/ *John Shook, Esq.*

JOHN B. SHOOK, ESQ.
Nevada Bar No. 5499
710 South Fourth Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on this 27th day of December 2023, the foregoing **MOTION TO REMOVE COUNSEL FROM ELECTRONIC SERVICE** was served via US Mail and electronic mail upon the following counsel of record:

REBECCA L. MASTRANGELO, ESQ.
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 S. Third Street,
Las Vegas, Nevada 89101
Attorneys for Defendant TK ELEVATOR

/s/ *Kiana O'Day*
_____
An Employee of Shook & Stone, Chtd.

2