REBECCA L. MASTRANGELO, ESQ.
Nevada Bar No. 5417
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 S. Third Street
Las Vegas, Nevada 89101
Phone (702) 383-3400
Fax (702) 384-1460
rmastrangelo@rmcmlaw.com
Attorneys for Defendant
TK ELEVATOR CORPORATION f/k/a
THYSSENKRUPP ELEVATOR CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NATHAN WHITE,

    Plaintiff,

vs.

TK ELEVATOR CORPORATION f/k/a THYSSENKRUPP ELEVATOR CORPORATION; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,

    Defendants.

CASE NO. 2:21-cv-01696-JAD-MDC

**STIPULATION FOR BRIEFING**

IT IS HEREBY STIPULATED by and between Plaintiff, NATHAN WHITE, and Defendant, TK ELEVATOR CORPORATION f/k/a THYSSENKRUPP ELEVATOR CORPORATION, by and through their respective counsel of record, that the time to file an opposition to Plaintiff's Motion for Spoilation Sanctions, which will be filed on February 19, 2024, be extended, through and including March 21, 2024, and that Plaintiff will have through and including April 4, 2024, in which to file a reply to Defendant's opposition.

The reason for this needed Stipulation is that counsel for TK ELEVATOR CORPORATION, Rebecca L. Mastrangelo, Esq., will be out of the country from February 18, 2024 through March 7, 2024, and will need time to review the motion and prepare an opposition

upon her return.

The parties further stipulate that the deadline to file dispositive motions be extended until May 20, 2024, so that dispositive motions can be filed following a decision on Plaintiff's Motion for Spoilation Sanctions.

Dated this 16th day of February, 2024.

| ROGERS, MASTRANGELO, CARVALHO & MITCHELL | SHOOK & STONE, CHTD. |
|---|---|
| */s/ Rebecca Mastrangelo* | */s/ John B. Shook* |
| Rebecca L. Mastrangelo, Esq.<br>Nevada Bar No. 5417<br>700 S. Third Street<br>Las Vegas, Nevada 89101<br>Attorney for Defendant<br>TK Elevator Corporation | John B. Shook, Esq.<br>Nevada Bar No. 5499<br>710 S. Fourth Street<br>Las Vegas, Nevada 89101<br>Attorneys for Plaintiff |

**ORDER**

IT IS SO ORDERED this 21st day of February, 2024.

_____
Maximiliano D. Couvillier III
U.S. MAGISTRATE JUDGE

1  SUBMITTED BY:

2

3  ROGERS, MASTRANGELO, CARVALHO
   & MITCHELL

4  /s/ Rebecca Mastrangelo

5  _____
   REBECCA L. MASTRANGELO, ESQ.
   Nevada Bar No. 5417
6  700 S. Third Street
   Las Vegas, Nevada 89101
7  Attorney for Defendant
   TK Elevator Corporation

3