# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Nathan White,

        Plaintiff(s),

vs.

TK Elevator Corporation,

        Defendant(s).

**2:21-cv-01696-ART-MDC**

**Order**

    For good cause shown and because the motion was unopposed, the Court **GRANTS** the plaintiff's *Motion to Remove Counsel from Electronic Service* (ECF No. 59). Attorney Lynn R. Shoen is to be removed from CM/ECF Service for this case.

    DATED this 22nd day of May 2024.

    IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge