1  REBECCA L. MASTRANGELO, ESQ.
   Nevada Bar No. 5417
2  ROGERS, MASTRANGELO, CARVALHO & MITCHELL
   700 S. Third Street
3  Las Vegas, Nevada 89101
   Phone (702) 383-3400
4  Fax (702) 384-1460
   rmastrangelo@rmcmlaw.com
5  Attorneys for Defendant
   TK ELEVATOR CORPORATION f/k/a
6  THYSSENKRUPP ELEVATOR CORPORATION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATHAN WHITE,<br><br>Plaintiff,<br><br>vs.<br><br>TK ELEVATOR CORPORATION f/k/a THYSSENKRUPP ELEVATOR CORPORATION; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO. 2:21-cv-01696-ART-MDC<br><br>**ORDER GRANTING STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY BRIEFS IN RESPONSE TO MOTIONS FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED between Plaintiff, Nathan White, and Defendant, TK Elevator Corporation f/k/a Thyssenkrupp Elevator Corporation, by and through their respective counsel of record, that the time for Plaintiff file a Reply in support of Plaintiff's Motion for Partial Summary Judgment [ECF 61] and the time for Defendant to file a Reply in Support of Defendant's Motion for Summary Judgment [ECF 62] be extended, through and including June 28, 2024.

///

///

///

///

///

| | |
|---|---|
| Dated this 17th day of June, 2024. | Dated this 17th day of June, 2024. |
| SHOOK & STONE, CHTD. | ROGERS, MASTRANGELO, CARVALHO & MITCHELL |
| */s/ John B. Shook* | */s/ Rebecca L. Mastrangelo* |
| John B. Shook Esq.<br>Nevada Bar No. 5499<br>Mark A. Rouse, Esq.<br>Nevada Bar No. 12273<br>710 S. Fourth Street<br>Las Vegas, Nevada 89101<br>Attorneys for Plaintiff | Rebecca L. Mastrangelo, Esq.<br>Nevada Bar No. 5417<br>700 South Third Street<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED this 17th day of June, 2024.

_____
U.S. DISTRICT JUDGE

SUBMITTED BY:

ROGERS, MASTRANGELO, CARVALHO & MITCHELL

*/s/ Rebecca L. Mastrangelo*
_____
REBECCA L. MASTRANGELO, ESQ.
Nevada Bar No. 5417
700 S. Third Street
Las Vegas, Nevada 89101
*Attorney for Defendant*