```
 1  JOHN B. SHOOK, ESQ.
    Nevada Bar No. 5499
 2  EMILY K. CUNNINGHAM, ESQ.
    Nevada Bar No. 14696
 3  SHOOK & STONE, CHTD.
    710 South Fourth Street
 4  Las Vegas, NV 89101
    (702) 385-2220
 5  Attorneys for Plaintiff
 6
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATHAN WHITE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TK ELEVATOR CORPORATION f/k/a THYSSENKRUPP ELEVATOR CORPORATION; and DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:21-cv-01696-ART-MDC<br><br>**STIPULATION TO VACATE THE MEDIATION SESSION SCHEDULED FOR APRIL 24, 2025** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Nathan White ("White") and Defendant TK Elevator Corporation f/k/a Thyssenkrup Elevator, by and through their respective counsel, that the Mediation Session currently scheduled for April 24, 2025 at 9:00 a.m. be vacated.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1 | The parties have reached a resolution in this matter and anticipate finalizing the settlement
2 | documents within the next 90 days.

4 | DATED this 21st day of April, 2025.　　　　　　DATED this 21st day of April, 2025.

5 | SHOOK & STONE, CHTD.　　　　　　　　　ROGERS, MASTRANGELO, CARVALHO & MITCHELL

7 | /s/ John B. Shook, Esq.　　　　　　　　　　/s/ Rebecca Mastrangelo, Esq.

JOHN B. SHOOK, ESQ.　　　　　　　　　　REBECCA L. MASTRANGELO, ESQ.
Nevada Bar No. 5499　　　　　　　　　　　Nevada Bar No. 005417
EMILY CUNNINGHAM, ESQ.　　　　　　　700 South Third Street
Nevada Bar No. 14696　　　　　　　　　　Las Vegas, NV 89101
710 South Fourth Street　　　　　　　　　　Attorney for Defendant
Las Vegas, Nevada 89101

IT IS SO ORDERED:

The parties shall file dismissal documents by **July 21, 2025.**

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 4/22/2025

2