**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATHAN WHITE,<br><br>Plaintiff,<br><br>vs.<br><br>TK ELEVATOR CORPORATION f/k/a THYSSENKRUPP ELEVATOR CORPORATION; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO. 2:21-cv-01696-ART-MDC<br><br>**ORDER GRANTING**<br><br>STIPULATION FOR DISMISSAL WITH PREJUIDCE |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by John B. Shook, Esq. of Shook & Stone, Chtd., attorney for the Plaintiff NATHAN WHITE, and Rebecca L. Mastrangelo, Esq. of Rogers, Mastrangelo, Carvalho & Mitchell, attorneys for Defendant TK Elevator Corporation f/k/a Thyssenkrupp Elevator Corporation, that the Plaintiff's Complaint be dismissed with prejudice, with each party to bear its own costs and attorney's fees.

| | |
|---|---|
| DATED this 7th day of May, 2025. | DATED this 7th day of May, 2025. |
| ROGERS, MASTRANGELO, CARVALHO & MITCHELL | SHOOK & STONE, CHTD. |
| */s/ Rebecca L. Mastrangelo* | */s/ John B. Shook* |
| Rebecca L. Mastrangelo, Esq.<br>Nevada Bar No. 5417<br>700 South Third Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant* | John B. Shook, Esq.<br>Nevada Bar No. 5499<br>710 South Fourth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff* |

White v. TK Elevator Corporationy
2:21-cv-01696-ART-MDC

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Judge

DATED: May 14, 2025

2